FILED
Sep 21 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ cynthial  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS BARRAGAN LEON, <br><br> Defendant. | Case No. '22 CR2191 JLS <br><br> I N D I C T M E N T <br><br> Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and Fentanyl |

The grand jury charges:

Count 1

On or about October 21, 2021, within the Southern District of California, defendant CARLOS BARRAGAN LEON did knowingly and intentionally import 500 grams and more, to wit: approximately 20.54 kilograms (45.18 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

JYM:cms:San Diego:9/20/22

Count 2

On or about October 21, 2021, within the Southern District of California, defendant CARLOS BARRAGAN LEON did knowingly and intentionally import 400 grams and more, to wit: approximately 3.52 kilograms (7.74 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 21, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ James Y. Miao
JAMES Y. MIAO
Assistant U.S. Attorney

2