# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS BARRAGAN LEON,<br><br>Defendant. | Case No.: 22-CR-02191-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE JURY TRIAL AND MOTION HEARING** |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the motion in limine hearing, currently scheduled for October 14, 2022, be rescheduled to *January 13, 2023, at 2:00PM*, and the jury trial currently scheduled for October 17, 2022, be rescheduled to *January 23, 2023, at 9:00AM*. Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to pending pretrial motions, and pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice for the reasons stated in the motion.

**SO ORDERED.**

Dated:  September 30, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge